RECEIVED
U.S. MARSHAL

2020 DEC 21 PM 12: 37

MIDDLE DIST. OF FLORIDA
TAMPA

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
| --- | --- |
| v. | ) |
| Jimmy Wayne Hammonds | ) Case No. 8:20 cr 401 T 02 AAS |
| a/k/a "The Monkey Whisperer" | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

SEALED

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jimmy Wayne Hammonds,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit a Lacey Act Trafficking Offense in violation of 18 U.S.C. § 371 and 16 U.S.C. §§ 3372(a) and 3373 (d)(1)(B); Lacey Act Trafficking in violation of 16 U.S.C. §§ 3372(a)(2) and 3373(d)(1)(B); Lacey Act False Record in violation of 16 U.S.C. §§ 3372(d)(2) and 3373(d)(3)(A)(ii); Endangered Species Act in violation of 16 U.S.C. §§ 1538(a)(1) and 1540(b)(1); AND Witness Tampering in violation of 18 U.S.C. § 1512(b)(3).

Date: 12/18/2020

*Issuing officer's signature*

City and state: _____

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

CLERK, US DISTRICT
MIDDLE DISTRICT
TAMPA FL
2021 JAN 21 AM 11: 35
FILED

| Return | |
| --- | --- |
| This warrant was received on *(date)* 12-18-20, and the person was arrested on *(date)* 1-9-21 at *(city and state)* HOUSTON COUNTY AL | |
| Date: 1-11-21 | SIGN FOR US FWS *Arresting officer's signature* <br> WALT WIGGINS USMS *Printed name and title* |