IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL
CIRCUIT IN AND FOR MANATEE COUNTY, FLORIDA

IN THE NAME OF THE STATE OF FLORIDA:
COUNTY OF MANATEE

TO:   THE FLORIDA FISH AND WILDLIFE CONSERVATION COMMISSION,
      AND/OR ANY OF ITS OFFICERS:

## WARRANT
## ORDERING SIEZURE AND SEARCH
## OF CELLULAR PHONE

THIS SEARCH WARRANT IS ISSUED PURSUANT TO FLORIDA STATE STATUTE 933.02(3)
AND (4).

WHEREAS, complaint on oath and in writing, supported by affidavit has been made before me,
Circuit/County Judge _____ Brian A. Iten _____ , in and for Manatee County, Florida, by
Investigator Robert O'Horo who states: That the Affiant, is a state law enforcement officer in the State of
Florida, and that he has reason to believe and does believe that a certain cellular phone associated with the
number (727) ▓▓-7178 contains evidence of a crime as prescribed in the Affidavits.

**Description of property to be seized:**

A mobile cellular telephone device associated with telephone number (727) ▓▓-7178 found under the
dominion and control of Jim Hammonds.

The court authorizes a digital forensic examination of this device to include:

> 1. All communications content, including email, text (SMS/MMS or app chats), notes, or
> voicemail. This data will also include attachments, source and destination addresses, and time
> and date information, and connection logs, images and any other records from January 2017
> to present, including communications referring or relating to this investigation together with
> indicia of use, ownership, possession, or control of such communications or information
> found.

> 2. All location data from 2017 to present. Location data may be stored as GPS locations or
> cellular tower connection data. Location data may be found in the metadata of photos and
> social networking posts, wi-fi logs, and data associated with installed applications

> 3. All photographic/video/audio data and associated metadata

Page 1 of 3

DISC-37912

4. All internet history from January 2017 to present, including cookies, bookmarks, web history, search terms

5. All financial information.

6. All indicia of ownership and control for both the data and the cellular device, such as device identification and settings data, address book/contacts, social network posts/updates/tags, wi-fi network tables, associated wireless devices (such as known wi-fi networks and Bluetooth devices), associated connected devices (such as for backup and syncing), stored passwords, user dictionaries.

The court authorizes an off-site search of the hardware for the evidence described and to employ the use of outside experts who will use whatever data analysis techniques appear necessary to locate and retrieve the evidence described. This may involve destruction of the device. Outside experts may be from allied agencies including but not limited to a Computer Crimes Task Force, DOJ, FBI, District Attorney's Office, or other governmental agency, or from commercial digital forensic examiners including but not limited to Cellebrite and Greykey.

Any information obtained through the execution of this warrant that is unrelated to the objective of the warrant shall be sealed and shall not be subject further review, use, or disclosure absent an order from the Court.

If no evidence of criminal activity is discovered relating to the seized property and associated peripherals, the system will be returned promptly.

The court authorizes the compelled use of the fingerprint and/or thumbprint of Jim Hammonds during the execution of the warrant for any fingerprint sensor-enabled device that is located upon his person or under his dominion and control and falls within the scope of the warrant

The court authorizes all seized evidence be kept by the Florida Fish and Wildlife Conservation Commission and/or transferred to the California Department of Fish and Wildlife.


Wherefore, the Affiant requests that a search warrant be issued commanding Investigator Robert O'Horo of the Fish and Wildlife Commission of Manatee County, Florida and/or their duly appointed Agents, Sheriff of Manatee County, Florida and/or their duly appointed Deputies or Agents, and all Police Officers in Manatee County, Florida and all State Law Enforcement Officers, with the proper and necessary assistance, to seize and search the above described or above named property, in the daytime or nighttime or Sunday as the exigencies of the occasion may demand or require.

That the facts tending to establish the grounds for this application, and the probable cause of the Affiant believing that such facts exist are set forth in a written affidavit, which have been sworn in my presence, and incorporated by reference and made part hereof and it appears to the Court that the Affiant is a reputable citizen of the State of Florida, and that the facts set forth in said Affidavits show and constitute probable cause for the issuance of this warrant and the Court being satisfied of the existence of said grounds set forth in said application, or that there is probable cause to believe in their existence.

Wherefore, the Affiant and the Fish and Wildlife Commission of Manatee County, Florida and/or their duly appointed Agents, Sheriff of Manatee County, Florida and/or their duly appointed Deputies or Agents, and all Police Officers in Manatee County, Florida and all State Law Enforcement Officers, with

DISC-37913

the proper and necessary assistance, are hereby commanded to seize and search the above described location and above named property, in the daytime or nighttime or Sunday, as the exigencies of the occasion may demand or require. You are further commanded to give a receipt of the property seized and complete copy of this warrant to the person in control of the location, or in the absence of such person, leave a receipt of the property seized and complete copy of this warrant where the items were found. You are further commanded to return a written copy of the inventory of the property and receipt for the same specifying the property in detail within (10) days of the date hereof to the Court. DONE AND ORDERED this ____th day of September, 2018, at Manatee County, Florida.

This Warrant, accompanying Affidavit, and any associated documents will be sealed until otherwise ordered by the Court.

WITNESS my hand and seal this 25th day of ___September___, 2018

Thomas Thora
Circuit Judge

**Manatee County, Florida**

*Copy left w/ Jim Hammonds*
*09-26-18 @ 1447.*

AFFIDAVIT FOR SEARCH WARRANT
Florida Fish and Wildlife Conservation Commission

1  **Affiant:**

2   I, Investigator Robert O'Horo # M968, am a sworn Law Enforcement Officer in the State of

3   Florida. I have 12 years of law enforcement experience. I am currently employed as an Law

4   Enforcement Investigator for the Florida Fish and Wildlife Conservation Commission and I have

5   been employed with the agency in a law enforcement capacity since 2006. For the past 4 years my

6   primary duties have been inspecting Florida captive wildlife and investigating the illegal

7   possession, sale, and trafficking of wild and exotic animals. I have substantial training and

8   experience in these areas. Prior to this employment, I was a practicing attorney and I remain

9   licensed to practice law in Georgia (1997) and Florida (2005).

10  In February, 2018, I received a request for assistance from Lt. M. Gonzalez #580 of the California

11  Department of Fish and Wildlife. In connection therewith, I conducted an inspection of records of

12  a local primate dealer, Jim Hammonds. I interviewed Mr. Hammonds and collected information at

13  that time. I have conducted a follow-up investigation including a review of bank records and

14  phone records obtained by subpoena. I have communicated and shared material with Lt. Gonzalez

15  extensively during the pendency of this investigation. I have reviewed the accompanying

16  Affidavit for Search Warrant sworn to and signed by Lt. Gonzalez. All statements contained

17  therein attributable to me are true in all respects. Additionally, the State of Florida has probable

18  cause for and will be filing criminal charges against Mr. Hammonds for false official statement for

19  knowingly proffering false business records during an inspection and for handing the monkey over

20  to an unlicensed transporter, M&J Exotic Transport. Charges will also be filed against the two

21  employees of M&J Exotic Transport for the illegal possession of a Capuchin monkey in Florida.

22

STATEMENT OF PROBABLE CAUSE                           PAGE 1

## AFFIDAVIT FOR SEARCH WARRANT
Florida Fish and Wildlife Conservation Commission

1    Jim Hammonds resides at 14765 US Highway 301 North, in the city of Parrish in Manatee

2    County, Florida. Mr. Hammonds operates a business at this location known as The Monkey

3    Whisperer, LLC. This business is licensed and regulated by the Florida Fish and Wildlife

4    Conservation Commission. Over the past three years, I have conducted over half a dozen

5    unannounced regulatory inspections of Mr. Hammond's business. I have personal knowledge that

6    Mr. Hammonds keeps his phone on his person in Manatee County, Florida. Each time I arrive at

7    his gate, I must call his cell phone (727) ███-7178. He has answered each time and activated the

8    gate to allow me in. This was again the case on my two most recent visits to his property for

9    regulatory matters on 02/15/2018 and 08/23/2018. When I call, Mr. Hammonds usually states his

10    location on the property and what he is doing, which is usually caring for animals on the property.

11    The size and demands of Mr. Hammond's operations require him to be on his property nearly full-

12    time. Mr. Hammonds is the Verizon subscriber for this phone number. I have observed Mr.

13    Hammonds with a cell phone in his hand several times during my inspections. Mr. Hammonds

14    advertises the sale of his primates and other animals with this phone number, and the ring-back

15    tone for this line when called is the song, "Hey Hey We're The Monkees," by The Monkees. I

16    know Mr. Hammonds to use this phone extensively during the day to conduct business. Verizon

17    call records show a high volume of calls to and from this number during all hours of the day,

18    sometimes over 90 calls in a day. My investigation has determined that many of these calls are to

19    and from his animal transporters (M&J Exotic Transport) and other suspected co-conspirators.

20

21    The attached Affidavit for Search Warrant by Lt. M. Gonzalez is incorporated herein by reference.

22

STATEMENT OF PROBABLE CAUSE           PAGE 2

AFFIDAVIT FOR SEARCH WARRANT
Florida Fish and Wildlife Conservation Commission

1    I swear under penalty of perjury everything in this affidavit is true to the best of my knowledge

2    and belief.

3
4
5
6
7
8
9
10
11
12    R. O'Horo #M968, Investigator
13    Florida Fish and Wildlife Conservation Commission
14
15
16
17
18
19

STATEMENT OF PROBABLE CAUSE                                    PAGE 3

AFFIDAVIT FOR SEARCH WARRANT
California Department of Fish and Wildlife

1 **Affiant:**

2     I, Lieutenant M. Gonzalez #580, am a sworn Peace Officer in the State of California. I have 23

3 years of Law Enforcement experience. I am currently employed with the California Department

4 of Fish and Wildlife and have been so employed since September 2002. My primary duty is the

5 enforcement of the California Fish and Game Code and regulations made pursuant thereto. I am

6 currently assigned to investigate the illegal trafficking of wildlife over the internet. This includes

7 investigating a multitude of wildlife crimes including the unlawful harvesting and possession of

8 fish and wildlife, the illegal trafficking and possession of restricted species, and crimes associated

9 with the black market trade of fish and wildlife. I regularly communicate in an undercover

10 capacity to persons involved in the illegal sale of fish and wildlife both verbally and through

11 electronic means. I have attended internet related trainings which include: Online Investigations,

12 Facebook for Law Enforcement, Dark Web for Law Enforcement, Cryptocurrency for Law

13 Enforcement, and the California District Attorney's Association High Tech and Digital Evidence

14 Symposium. I have authored and served several search warrants on companies which store

15 electronic communications to include Instagram, Facebook, SnapChat, Charter Communications,

16 Craigslist, Twitter, Metro PCS, AT&T Wireless, and Verizon Wireless. One of my previous

17 assignments was with the department's Special Operations Unit where I conducted complex, long

18 term, covert investigations involving the illegal trafficking of fish and wildlife. I have personally

19 participated in and/or was the lead investigating officer in over a hundred cases involving the

20 black market trade of fish and wildlife. I have been involved in the controlled sale of fish and

21 wildlife with the use of an undercover operative on several occasions. I have personally sold bear

22 parts and purchased Rhino horn as an undercover operative on the black market and have

STATEMENT OF PROBABLE CAUSE                  PAGE 1

AFFIDAVIT FOR SEARCH WARRANT
California Department of Fish and Wildlife

1    participated in hunting and fishing expeditions as an undercover operative.  I have interviewed

2    hundreds of persons engaged in illegal poaching and the black market trade of fish and wildlife.  I

3    have conducted uncountable hours of surveillance of persons involved in the illegal harvesting of

4    fish and wildlife and persons involved in the clandestine trade of fish and wildlife where I have

5    personally witnessed numerous person to person illegal sales.  I have participated in the arrests of

6    numerous persons involved in poaching and the black market trade of fish and wildlife.  From my

7    training and experience I have learned the black market trade of fish and wildlife almost

8    exclusively involves some sort of conspiratorial scheme.  This often includes persons illegally

9    harvesting fish and wildlife who conspire amongst themselves to engage in this illegal activity,

10   and, additional co-conspirators who are involved in the illegal purchasing and subsequent sales of

11   fish and wildlife on the black market.  I have authored and served numerous search warrants for

12   cellular devices and records, person's residences, and for the installation of GPS trackers to

13   continually monitor person's vehicles.  These search warrants often uncovered the conspiratorial

14   nature involved in the illegal trade of fish and wildlife.  I was a member of the Joint Agency

15   Wildlife Smuggling Task Force led by the United States Fish and Wildlife Service interdicting

16   illegal fish and wildlife being smuggled into the United States through commercial aircraft and

17   commercial common carriers.

18        Prior to my employment with the California Department of Fish and Wildlife, I was employed

19   for six years as a Parole and Probation Officer.  While working as a Parole and Probation Officer,

20   I monitored adult and juvenile criminal offenders who had committed a variety of felony crimes

21   but predominately felony drug offenses including the manufacturing, delivering, and possession of

22   controlled substances.  I conducted hundreds of arrests of drug offenders and conducted numerous

DISC-37919

AFFIDAVIT FOR SEARCH WARRANT
California Department of Fish and Wildlife

1   searches of persons, vehicles, and homes.  I have interviewed hundreds of criminal offenders

2   involved in the illegal drug trafficking trade.   While employed as a Parole and Probation Officer I

3   worked with the Jackson County Narcotics Eradication Team and Medford Police Departments

4   Gang and Street Drug Unit who dealt in counter drug enforcement.  From my training and

5   experience I learned the drug trafficking trade also involves a criminal conspiratorial scheme

6   which includes drug manufactures, drug dealers, transporters, and users.  This conspiratorial

7   scheme mirrors the conspiratorial scheme involved in the illegal wildlife trade.

8       I have completed a 7 month Fish and Game Academy at Napa Valley College in Napa,

9   California and an additional 80 hour academy at the 2008 Western States Wildlife Investigators

10  Covert Academy in McCall, Idaho.  I completed the U.S. Department of Justice Desktop Guide to

11  Good Parole and Probation and the Oregon Department of Public Safety Standards and Training

12  Certified Parole and Probation Officer Academy.

13      I hold a Bachelors of Science Degree in Sociology.

14  **Purpose of Affidavit:**

15      The purpose of this Search Warrant and Affidavit in Support thereof is to obtain judicial

16  authority to seize a mobile cellular telephone device associated with mobile cellular telephone

17  number (727) ██-7178 found under the dominion and control of Jim Hammonds; to compel the

18  use of the fingerprint and/or thumbprint of Jim Hammonds during the execution of the warrant for

19  a fingerprint sensor-enabled device; to conduct a digital forensic examination of this device, and to

20  allow all seized evidence to remain in the custody of the Florida Fish and Wildlife Conservation

21  Commission or be transferred to the California Department of Fish and Wildlife.

22  **Investigation:**

STATEMENT OF PROBABLE CAUSE                    PAGE 3

AFFIDAVIT FOR SEARCH WARRANT
California Department of Fish and Wildlife

1    In December of 2017 the California Department of Fish and Wildlife received several

2    complaints indicating Chris Brown (Brown) was currently in possession of a prohibited species of

3    primate based on a video which was posted to the chrisbrownofficial Instagram account.  Chris

4    Brown is a famous R&B artist who is the subject of extensive media coverage.  I began looking

5    into this complaint which led me to believe Brown was currently in possession of a restricted

6    Capuchin monkey at his residence in Tarzana, California.

7    On 1/3/18 our department served a search warrant at Brown's Tarzana residence.  With the

8    assistance of other Wildlife Officers I negotiated a surrender of a Capuchin monkey from two

9    persons associated with Brown outside of his Tarzana home.  One of these persons told me

10    something to the effect the monkey was just visiting from Nevada.  A short period of time after

11    service of this search warrant I spoke with one of Browns attorneys who told me something to the

12    effect that they had some sort of Nevada paperwork regarding the monkey.

13    During follow up investigation I developed probable cause that an associate of Chris Brown, an

14    individual named Mally Mall, has illegally imported restricted species into the state of California

15    and facilitating illegally trafficked wildlife to high profile persons in the entertainment business

16    throughout the greater Los Angeles area.  Mally Mall is a rapper and producer who heads the

17    labels Future Music and Mally Mall Music.  I have identified Mally Mall as Jamal Rashid with a

18    date of birth of 07/03/1975.

19    On 02/16/2018, the California Department of Fish and Wildlife was served a Motion for

20    Return of Property (the Capuchin monkey seized from Chris Brown's residence) from the law

21    offices of Garagos and Garagos who claimed to represent a Christine Brown.  I believe Christine

22    Brown to be the aunt of Chris Brown.  The motion declared amongst other things that Christine

STATEMENT OF PROBABLE CAUSE                              PAGE 4

AFFIDAVIT FOR SEARCH WARRANT
California Department of Fish and Wildlife

1   Brown resides, "full time in Nevada." And that, "The property at issue is a baby monkey that is

2   beloved to claimant." Incorporated with the motion was a declaration from Christine Brown

3   which stated: She is a resident of the State of Nevada and resides at 3937 Yang Court in Las

4   Vegas, Nevada, that on or around 10/12/2017 she purchased a Capuchin monkey from a Jim

5   Hammonds, and that the monkey was taken by a third-party to visit a relative's home located in

6   California after which the monkey was seized by our department. The declaration also provided

7   the location and license number of Jim Hammonds a monkey breeder in the state of Florida who

8   the monkey was supposedly purchased from.

9       I requested the assistance of Investigator R. O'Horo from the Florida Fish and Wildlife

10  Conservation Commission and asked him to do an inspection of Jim Hammonds. On 02/15/2018,

11  O'Horo conducted an unannounced records inspection of Jim Hammonds. O'Horo told me

12  Hammonds is authorized to sell Capuchin Monkeys and his 2017 records revealed approximately

13  half a dozen Capuchin Monkey Sales. O'Horo inspected Hammond's business records and

14  discovered a record dated 10/12/2017 for a Capuchin monkey sale to a Ms. Christine Brown of

15  Las Vegas, Nevada. Hammonds told O'Horo the monkey was sold for approximately $8,500, and

16  that payment was made via a direct wire transfer to his bank account. Hammonds did not have the

17  financial record for this deposit available and told O'Horo he would have to go to his bank to

18  obtain this information. O'Horo asked Hammonds for a copy of this financial record. Hammonds

19  told O'Horo the animal was driven to Nevada by licensed United States Department of Agriculture

20  transporter, Ms. Jennifer Brister of M&J Exotic Transport. M&J Exotic transport is an exotic pet

21  transport business run by Michael and Jennifer Brister out of Memphis, Tennessee. Hammonds

22  told O'Horo he knew why he was looking at his records, and that at the time of sale, he was

STATEMENT OF PROBABLE CAUSE                                    PAGE 5

AFFIDAVIT FOR SEARCH WARRANT
California Department of Fish and Wildlife

1    unaware that Ms. Brown was related to entertainer Chris Brown.  Hammonds told O'Horo he

2    didn't remember how he communicated with Christine Brown but probably texted her and/or

3    called her.  O'Horo provided me a copy of the Record of Acquisition, Disposition or Transport of

4    Animals for this monkey and the accompanying health certificate.  O'Horo told me Hammonds

5    was initially cooperative and verbally pleasant about providing the financial transaction for the

6    sale of this monkey, however, Hammonds latter began to make excuses to O'Horo as to why he

7    may not be able to provide the financial record and was later verbally defiant about having

8    anything to do with a sale to Chris Brown.  Hammonds ultimately provided a financial transaction

9    record to O'Horo which I inspected, however, the record Hammonds provided was for a

10    transaction occurring on 11/10/2017 for the amount of $9,765.00, and was from a person named

11    Matthew W. Neiswanger.  O'Horo and I believed this record had nothing to do with his supposed

12    sale to Christine Brown.  O'Horo also told me M&J Exotic Transport is not licensed to possess

13    Capuchin monkey in the state of Florida and if Hammonds knowingly provided them this monkey

14    for transport inside the state of Florida Hammonds as well as M&J violated Florida law.  O'Horo

15    and I began to suspect Jim Hammonds may also have known at or before the sale of the monkey

16    that it was destined for the state of California and Chris Brown.  This would also be a violation of

17    California Penal Code 182 conspiracy to commit crime and a Federal Lacey Act violation.

18    O'Horo subsequently obtained subpoenas for Jim Hammond's phone records and financial

19    records.  O'Horo also discovered Hammonds was convicted in 2012 in the state of Florida for

20    Knowingly Enter or Allow to Enter False Information on Application, Permit, or License, and the

21    Sale or Transfer of Wildlife to Unpermitted Entity.

22     I reviewed the sales record and health certificate O'Horo obtained from Hammonds and noticed

STATEMENT OF PROBABLE CAUSE                 PAGE 6

AFFIDAVIT FOR SEARCH WARRANT
California Department of Fish and Wildlife

1    a Virginia driver's license number listed next to Christine Brown's name. I ran this license

2    through official Department of Motor Vehicle sources and confirmed Christine Brown's identity

3    having a date of birth of 02/10/1971. Her license is still current and valid in the state of Virginia.

4    I also determined Christine Brown has three vehicles currently registered to her in the state of

5    Virginia. I found no department of motor vehicle records for Christine Brown in the state of

6    Nevada. Nevada Department of Motor Vehicles law requires residents to obtain a Nevada driver's

7    license within 30 days of new residence there. I identified Christine Brown's Instagram social

8    media account as ohsobella1, which can be viewed publically. I reviewed this account and noticed

9    she makes almost daily posts to it. One of the things I noticed after reviewing Christine Brown's

10   Instagram account which again, she made almost daily posts to and oftentimes multiple posts per

11   day to, was what was noticeably missing. Not one of her posts included a picture of her supposed

12   newly obtained beloved exotic baby monkey. I obtained the cell phone number of Christine

13   Brown (804-███-8340) from an LAPD detective who dealt with her as a victim of a robbery back

14   in 2015 at Chris Brown's Tarzana home. This was the cell phone number she was using in 2015.

15   Using an online paid service known as TLO which is an investigative and risk management tool

16   comprised of public and proprietary records and is a data base for background research on people,

17   assets, and businesses I queried this number which indicated this number is likely still active under

18   Christine Brown's name. After obtaining Jim Hammonds Verizon cell phone records I looked for

19   any calls made to or from this number. Although Christine Brown may have other phone

20   numbers, including a landline, this number is noticeably absent from Jim Hammonds Verizon cell

21   phone records covering the time period from 01/01/2017 to 02/28/2018 which would include the

22   time the Capuchin monkey was supposedly purchased. I did discover a phone number from Jim

STATEMENT OF PROBABLE CAUSE                                    PAGE 7

AFFIDAVIT FOR SEARCH WARRANT
California Department of Fish and Wildlife

1    Hammond's cell phone records which was called right around the time this Capuchin monkey was

2    supposedly born.  It was to a Mary Elizabeth Brown from the state of Virginia but I determined

3    this person is not Christine Brown and does not appear to have any relation to her.

4        On 04/23/2018 O'Horo received Jim Hammonds financial records.  O'Horo provided me a

5    transaction dated 10/02/2017 which was from a check deposit in the amount of $12,650.00 from

6    Christopher Brown.  I also noticed two other transactions on Hammond's financial records I have

7    probable cause to believe are associated with the illegal importation of two restricted species of

8    primates (Spider Monkeys) into the state of California.  I have probable cause to believe these two

9    illegally possessed primates are in the possession of Swae Lee.  Swae Lee is an American rapper,

10   singer, and songwriter who is in the hip hop duo Rae Sremmurd.  Swae Lee is also an associate of

11   Jamal Rashid (AKA Mally Mall).

12       I began to look into Michael and Jennifer Brister and their business.  They are not licensed to

13   possess Capuchin monkey in Florida or California.  Officer R. McMillen with the Tennessee

14   Wildlife Resources Agency interviewed Michael and Jennifer Brister regarding this transport.

15   Both Michael and Jennifer Brister provided verbal and written statements to him.  Jennifer

16   Brister's written statement said, "…picked up a small Capuchin monkey and drove to Las Vegas

17   to a smaller casino handed the monkey to a Mexican couple and tried to explain how to take care

18   of it, but she couldn't understand English…they paid us for the transport, they left in a maroon

19   SUV heavy set woman also heavy set man…"  Michael Brister's written statement was similar to

20   Jennifer Bristers.  However, both Jennifer and Michael Brister were interviewed together in the

21   presence of one another.  Jennifer Brister provided R. McMillen a photo she had taken of the lady

22   they supposedly transported the monkey to.  I obtained a copy of this photo which is of a heavy set

STATEMENT OF PROBABLE CAUSE                                    PAGE 8

AFFIDAVIT FOR SEARCH WARRANT
California Department of Fish and Wildlife

1    woman holding a baby Capuchin monkey who looks to be of Mexican ethnicity.  On 03/30/2018, I

2    conducted a telephone interview with Jennifer Brister.  Jennifer Brister told me she had

3    communicated by phone (calls and texts) with the Mexican couple they delivered the monkey to.

4    Based on Michael and Jennifer Brister's interview with R. McMillen, my interview with Jennifer

5    Brister, as well as both of their written statements, I determined they were most likely lying about

6    their knowledge and extent of their participation surrounding this transport.  They denied ever

7    entering the state of Florida or the state of California.  The states the monkey originated from and

8    was ultimately delivered to.  They told R. McMillen they met Jim Hammond's son with the

9    monkey on the Florida/Georgia state line to transfer it.  They also told R. McMillen that after they

10   delivered the monkey to the couple in Las Vegas, Nevada, they turned around and came back to

11   Memphis, Tennessee (their residence).  I subsequently obtained a search warrant for Jennifer

12   Brister's cell phone records which included location information.  The time periods for the cell

13   phone records I obtained included the time period this monkey was supposedly transported, on and

14   around 10/12/2017.  Location information associated with this time period indicated travel into

15   Florida near Jim Hammonds residence and into California around the southern California area.

16   Both locations they denied being at.

17       I determined the monkey's date of birth is 09/01/2017 based on the health certificate obtained

18   from Jim Hammonds.  From Jim Hammonds Verizon cell phone records, I began trying to identify

19   phone numbers which made calls to or from him around this time.  I discovered Hammonds

20   communicated with phone number 213███-1155 on 09/02/2017 and 09/03/2017.  Using the

21   investigative tool TLO I identified this number as likely belonging to Jamal Rashid (AKA Mally

22   Mall)  I also noticed this phone number communicated with Hammonds on 01/09/2018 six days

STATEMENT OF PROBABLE CAUSE                                    PAGE 9

AFFIDAVIT FOR SEARCH WARRANT
California Department of Fish and Wildlife

1   after I seized the Capuchin monkey from Chris Brown's residence in Tarzana, California.  Upon

2   further inspection of Hammonds Verizon records I discovered he spent 186 minutes

3   communicating with a number belonging to Rashid and made and/or received 63 separate

4   communications to and from this number.

5       Upon further review of Jim Hammond's cell phone records, I discovered one particular

6   California based phone number, telephone number (805) █-4278, which communicated with Jim

7   Hammond's around the time the monkey was supposedly transported on and around 10/12/2017.

8   Jim Hammonds communicated with this number on 10/09/2017, 10/10/2017, and 10/14/2017.  I

9   also determined Jim Hammonds communicated with this phone number the very same day I

10  seized the Capuchin monkey outside of Chris Brown's residence.  I seized the monkey at

11  approximately 0930 hours Pacific Standard Time on 01/03/2018 and at 1022 hours Pacific

12  Standard Time this very same day, telephone number (805) █-4278 initiated a call to Jim

13  Hammonds.  I do not believe this was a coincidence.  I have determined this number belongs to a

14  Manuel Ortiz.  Using official department of motor vehicles resources, I determined Manuel Ortiz

15  DOB: 04/10/1969 has an address in Oxnard, California and has a maroon SUV registered to him

16  with a license plate number of 7UKE799.  Using historic data captured from license plate reading

17  cameras, I determined this vehicle was located in Rancho Cucamonga, CA on 10/11/2017 just off

18  of interstate 15.  This location would be consistent with vehicle travel from the Los Angeles area

19  (Tarzana and Oxnard) to Las Vegas, Nevada.  Since this was only one day prior to the date

20  Jennifer and Michael Brister said they met with and unidentified Mexican couple in Las Vegas,

21  Nevada, I concluded there was likely some validity to this specific part of their story.  That they

22  transferred the monkey to a Mexican couple who drove a maroon SUV.

STATEMENT OF PROBABLE CAUSE                     PAGE 10

AFFIDAVIT FOR SEARCH WARRANT
California Department of Fish and Wildlife

1   Fish and Game code section 2118 and CCR T.14 Section 671 prohibits the importation and

2   possession of all orders of primates with an exception for primates of the family Hominidae or

3   under a revocable nontransferable permit.  Capuchin and Spider monkeys are not of the family

4   Hominidae.

5   **Conclusions:**

6   On 01/03/2018, I seized an illegally possessed Capuchin monkey outside the home of Chris

7   Brown in Tarzana, California.  The possession of a Capuchin monkey in California is a violation

8   of Fish and Game code section 2118 and CCR. T.14 section 671.  Based on the age of the monkey

9   and my knowledge there are no licensed breeders of Capuchin monkey in California, I began to

10  suspect the monkey may have been obtained by smuggling it into the state with the aid of other

11  co-conspirators.  The importation of Capuchin monkey is also a violation of Fish and Game Code

12  section 2118 and CCR. T.14 section 671.  I specifically began to suspect rapper and producer

13  Jamal Rashid (Mally Mall) as possibly taking part in this conspiracy.  Based on numerous online

14  resources I know Rashid has ties to Nevada, is known to keep exotic animals, have probable cause

15  to believe he illegally imported into California a restricted Lynx, a Serval, and a Capuchin

16  monkey.  I know in 2013 Rashid provided a Capuchin monkey to Justin Bieber who I believe was

17  residing in California at the time of this transfer which was likely illegal.  Based on a social media

18  posts I have determined it is highly likely Rashid facilitated the illegal transfer of a spider monkey

19  between rapper Swae Lee (Khalif Brown) and Jim Hammonds.  I have probable cause to believe

20  Swae Lee is currently in possession of these two illegal primates in the state of California.  I

21  discovered one online video of Rashid (dated 2014) which depicted him on a private jet with other

22  persons and monkeys.  On this video Rashid states for the camera, "fresh out of the country from

STATEMENT OF PROBABLE CAUSE                                    PAGE 11

AFFIDAVIT FOR SEARCH WARRANT
California Department of Fish and Wildlife

1   Florida, international monkey trading going on...." One of these persons is French Montana who

2   is a Moroccan-American hip hop recording artist. From online news reports from 2014, I learned

3   Rashid was part of an FBI investigation possibly involving human sex trafficking and public

4   corruption. Based on official law enforcement records I know Rashid has an extensive criminal

5   history dating back to 1993 which includes Felony convictions for Possession of Ephedrine with

6   Intent to Manufacture Methamphetamine, Transport Controlled Substance, and Fraudulent Use of

7   a Telephone Service. His records include arrests for Having Firearm at Public School, False ID to

8   Peace Officer, Sexual Intercourse with a Minor Under 18, Possession of a Controlled Substance

9   for Sale, Offer to Manufacture Controlled Substance, Buy Personal Property with ID Removed,

10  Money Laundering, Receive Known Stolen Property, and Contempt/Disobey Court Order. Based

11  on Rashid's very own website he is clearly an associate of Chris Brown having worked with him

12  in the past. Based on a review of the cellular telephone records of Jim Hammonds which includes

13  over 186 minutes of communications over a year period with a phone number belonging to

14  Rashid, I believe they are likely more familiar with each other than any typical customer. Further,

15  based on Jim Hammonds 2012 convictions for Knowingly Enter or Allow to Enter False

16  Information on Application, Permit, or License, and the Sale or Transfer of Wildlife to

17  Unpermitted Entity, and a financial transaction between Jim Hammonds and Chris Brown, I have

18  probable cause to believe the illegally possessed Capuchin monkey found at Chris Browns

19  residence in Tarzana, California on 01/03/2018 was part of an overall conspiracy involving Jim

20  Hammonds to violate Florida Fish and Wildlife Laws, California Fish and Game Laws, California

21  Penal Code, and the Federal Lacey Act.

22       I know Jim Hammonds has a legally permitted business called the Monkey Whisperer in the

STATEMENT OF PROBABLE CAUSE                              PAGE 12

AFFIDAVIT FOR SEARCH WARRANT
California Department of Fish and Wildlife

1   State of Florida. However, I also have reason to believe he is involved in the black market trade

2   of wildlife and is conspiring with others to facilitate this trade. I know persons involved in the

3   black market trade of wildlife often utilized mobile cellular telephones as a means of

4   communicating with other coconspirators. I know a phone number belonging to Rashid (213)-

5   ███-1155 made and/or received 7 separate communications to Jim Hammonds on 09/02/17 and

6   09/03/17 and communicated for approximately 10 minutes. These are the days immediately

7   preceding the birthdate of the Capuchin monkey which was illegally imported into California and

8   found at Chris Brown's residence, a known associate of Rashid's. I believe Jim Hammonds used

9   his mobile cellular device to conspire with Rashid. Rashid and Jim Hammonds also

10   communicated by phone on and around the same time as financial transactions between Swae Lee

11   and Jim Hammonds involving Spider Monkeys. These financial transactions are evidence of the

12   illegal importation of restricted species into California. Furthermore, Jim Hammons cell phone

13   records show communication with a California based phone number only hours after I seized the

14   Capuchin monkey outside of Chris Brown's residence. This phone number is subscribed to by

15   Manny Ortiz who I have determined to be an associate of Chris Brown who regularly performs

16   work at his residence in Tarzana. I have observed online advertisements for Jim Hammonds

17   business which depicts his telephone number as (727) ███-7178. On or around 03/22/18, R.

18   O'Horo obtained cellular records associated with telephone number (727) ███-7178 via subpoena

19   from Verizon Wireless and confirmed this is the telephone number subscribed to by Jim

20   Hammonds and that this number is associated with a mobile cellular device. I have probable

21   cause to believe this mobile cellular device contains evidence of a conspiracy to violate Florida

22   Law, California Law, and the federal Lacey Act.

STATEMENT OF PROBABLE CAUSE                    PAGE 13

AFFIDAVIT FOR SEARCH WARRANT
California Department of Fish and Wildlife

1    From my training and experience I know that ownership and control of a digital device can be

2    placed at issue through a simple denial, "that is not my phone." I know some of the best ways to

3    establish control are by searching the calendar, contacts, photo gallery, communications, settings,

4    and social networking activity. The calendar often contains appointments specific to an individual

5    such as birthdays and doctor's appointments. Contacts often contain friends and associates

6    specific to an individual such as mom, dad, dentist, etc... A photo gallery often contains selfie

7    photos that clearly depict the owner/holder of the phone. Communications via text messages,

8    emails, and voicemails often identify the sender/recipient by name, additionally the context of the

9    communications often identify the sender and/or recipient. Settings often contain user names,

10   addresses, and phone numbers, wi-fi network tables, associated wireless devices (such as known

11   wi-fi networks and Bluetooth devices), associated connected devices (such as for backup and

12   syncing), stored passwords, and user dictionaries that can identify the owner/user of the device. I

13   am seeking evidence of ownership, use, and identification of these mobile cellular devices.

14   From my training and experience I know associates communicate together via phone calls, text

15   messages emails, and social network posts. These communications often contain direct and

16   indirect statements about crimes. Furthermore, I know that communications rarely explicitly

17   mention an intent to commit a crime. Instead they often allude to such an intent: "Sorry bud but

18   can you grab 3. I got a little more money on me than I thought" for instance may be a declaration

19   of an intent to commit a drug crime by purchasing 3 grams, but without context it is meaningless.

20   In my training and experience individuals often use digital devices and cellular devices to post

21   messages to others on social networking applications. In my training and experience it is possible

22   for cellular phone users to use a variety of messaging platforms including SMS, MMS, iChat,

STATEMENT OF PROBABLE CAUSE                                    PAGE 14

DISC-37931

AFFIDAVIT FOR SEARCH WARRANT
California Department of Fish and Wildlife

1    WhatsApp, call logs, and others.  Therefore I seek to search all the communications evidence on

2    these devices to understand not only what was said, but what was intended and to whom it was

3    said.  I believe evidence of communication will provide investigative leads and help identify co-

4    conspirators.  I am seeking communication information from January 2017 to present.  I believe

5    Hammonds conspired to illegally import restricted species into California on and around October

6    2017 and on and around August 2017.

7         In my training and experience cellular devices track historical locations in multiple ways, GPS

8    location, wi-fi transmissions, metadata attached to files, cellular tower connections, and

9    application data.  Because the evidence in this case indicates restricted species are being illegally

10   imported into California from Florida and being transported across interstate lines, I believe the

11   evidence is relevant to correlate location with criminal activity occurring miles from the

12   user/owners home.  I believe location information will provide evidence of violations of California

13   and Florida state law and a violation of the Lacey Act.  I am seeking all location data from January

14   2017 to present.

15        I know that establishing the association of co-conspirators is important in proving a concert of

16   action between multiple persons.  From my training and experience some of the best ways of

17   linking co-conspirators together is by searching the calendar, contacts, photo gallery,

18   communications, application data, call logs, and social networking connections.  In my training

19   and experience a comparison of the calendars of multiple individuals can show an intent to act

20   together and dispel the notion of an accidental meeting.  In my training and experience when two

21   or more individuals are in photographs together it demonstrates a mutual relationship.  In my

22   training and experience associates communicate together via phone calls, text messages and

STATEMENT OF PROBABLE CAUSE                              PAGE 15

AFFIDAVIT FOR SEARCH WARRANT
California Department of Fish and Wildlife

1   emails, therefore I am seeking the communications evidence to demonstrate the associations of the

2   individuals in this case.  In my training and experience a user's "connections," "buddies," and/or

3   "friends," on social networking sites is indicative of who their associates are.  Because this

4   evidence is intended to be used to show associations of the user/owner of the device and co-

5   participants I am seeking the above items regardless of the dates the information was created.

6        In addition to the previous information, I believe the GPS location, financial information,

7   cookies, bookmarks, web history, search terms and internet search history on digital devices and

8   cellular devices may contain relevant evidence such as information about buyers and payments

9   received from persons illegally importing restricted species into California.  Therefore I am

10  seeking permission to search all the metadata, file data, setting data, photographic and video data,

11  and communication data on this digital device.

12       Based on my knowledge, training, and experience, I know that digital files or remnants of such

13  files can be recovered months or even years after they have been downloaded onto a hard drive or

14  other storage device, deleted or viewed via the Internet. Digital files downloaded to a storage

15  device can be stored for years and remains on the storage device until it is overwritten by new

16  data.

17       Therefore, deleted files, or remnants of deleted files, may reside in free space or slack space—

18  that is, in space on the storage device that is not currently being used by an active file—for long

19  periods of time before they are overwritten. In addition, device's operating system may also keep a

20  record of deleted data in a "swap" or "recovery" file.

21       Similarly, files that have been viewed via the Internet are typically automatically downloaded

22  into a temporary Internet directory or "cache." The browser often maintains a fixed amount of

STATEMENT OF PROBABLE CAUSE                                    PAGE 16

AFFIDAVIT FOR SEARCH WARRANT
California Department of Fish and Wildlife

1   space devoted to these files, and the files are only overwritten as they are replaced with more

2   recently viewed Internet pages or if a user takes steps to delete them.

3        From my knowledge, training and experience, I know that searching for information stored in

4   cellular devices often requires that the device be accessed and searched using specialized

5   programs or tools by a qualified expert in a controlled environment. This is often necessary to

6   ensure the accuracy and completeness of such data, and to prevent the loss of the data either from

7   accidental or intentional destruction. Data search processes are designed to recover even "hidden,"

8   erased, compressed, password protected, or encrypted files. Because digital evidence is vulnerable

9   to inadvertent or intentional modification or destruction (both from external sources and from

10  destructive code imbedded in the system as a "booby trap"), a controlled environment may be

11  necessary to complete an accurate analysis.

12       I hereby request the Court's permission to conduct an off-site search of the hardware for the

13  evidence described and to employ the use of outside experts who will use whatever data analysis

14  techniques appear necessary to locate and retrieve the evidence described.  This may involve

15  destruction of the device.  Outside experts may be from allied agencies including but not limited to

16  a Computer Crimes Task Force, DOJ, FBI, District Attorney's Office, or other governmental

17  agency, or from commercial digital forensic examiners including but not limited to Cellebrite and

18  Greykey.

19       From my training and experience I know that Apple Inc., Motorola, HTC, and Samsung,

20  among other companies, produce devices that can be unlocked by the user with a numerical or an

21  alpha-numerical password, or, for some newer versions of the devices, with a fingerprint placed on

22  a fingerprint sensor. Each company has a different name for its fingerprint sensor feature; for

STATEMENT OF PROBABLE CAUSE                              PAGE 17

AFFIDAVIT FOR SEARCH WARRANT
California Department of Fish and Wildlife

1    example, Apple's is called "Touch ID." Once a user has set up the fingerprint sensor feature in the

2    security settings of the device, the user can unlock the device by placing a finger or thumb on the

3    device's fingerprint sensor. If that sensor recognizes the fingerprint or thumbprint, the device

4    unlocks. Most devices can be set up to recognize multiple prints, so that different prints, not

5    necessarily from the same person, will unlock the device.  From my training and experience, users

6    of devices with a fingerprint sensor feature often enable that feature, because it unlocks the phone

7    more quickly than the entry of a passcode or password but still offers a layer of security.

8        In some circumstances, fingerprint sensors will not work, and a passcode must be entered to

9    unlock the device. For example, with Apple, Touch ID will not work if: (1) more than 48 hours

10   have passed since the device has been unlocked, (2) the device has been turned on or restarted, (3)

11   the device has received a remote lock command, or (4) five attempts to match a fingerprint have

12   been unsuccessful. Other brands have similar restrictions. Your affiant does not know the

13   passcodes of the device likely to be found under the dominion and control of Jim Hammonds.

14       For these reasons law enforcement will likely need to use the fingerprints or thumbprints of Jim

15   Hammonds for any fingerprint sensor-enabled device(s) to attempt to gain access to that device

16   while executing the search warrant. The warrant seeks the authority to compel the use of the

17   fingerprint and/or thumbprint of Jim Hammonds during the execution of the warrant for any

18   fingerprint sensor-enabled device that is under the dominion and control of Jim Hammonds and

19   falls within the scope of the warrant.  Law enforcement may not be able to obtain the contents of

20   the devices if those fingerprints are not used to access the devices by depressing them against the

21   fingerprint sensor at the time of the search. Although I do not know which of the fingers are

22   authorized to access on any given device, I know based on my training and experience that it is

STATEMENT OF PROBABLE CAUSE                          PAGE 18

AFFIDAVIT FOR SEARCH WARRANT
California Department of Fish and Wildlife

1    common for people to use one of their thumbs or index fingers for fingerprint sensors, and in any

2    event all that would result from successive failed attempts is the requirement to use the authorized

3    passcode or password.

4        As required by California Penal Code § 1546.1 (d); any information obtained through the

5    execution of this warrant that is unrelated to the objective of the warrant shall be sealed and shall

6    not be subject to further review, use, or disclosure absent an order from the Court.

7        If no evidence of criminal activity is discovered relating to the seized property and associated

8    peripherals, the system will be returned promptly upon completion of the case without further

9    order of the court.

10        I believe evidence of a felony exists on the cellular telephone device associated with telephone

11   number (727) 743-7178 being utilized by Jim Hammonds.

12        Whereas I request a search warrant be issued to seize the mobile cellular telephone devices

13   associated with telephone number (727) ▆-7178 found under the dominion and control of Jim

14   Hammonds; to perform a digital forensic examination of this device to include all communications

15   content, including email, text (SMS/MMS or app chats), notes, or voicemail.  This data will also

16   include attachments, source and destination addresses, and time and date information, and

17   connection logs, images and any other records for the dates above, including communications

18   referring or relating to this investigation together with indicia of use, ownership, possession, or

19   control of such communications or information found; all location data for the dates above.

20   Location data may be stored as GPS locations or cellular tower connection data.  Location data

21   may be found in the metadata of photos and social networking posts, wi-fi logs, and data

22   associated with installed applications; all photographic/video/audio data and associated metadata;

STATEMENT OF PROBABLE CAUSE                              PAGE 19

AFFIDAVIT FOR SEARCH WARRANT
California Department of Fish and Wildlife

1    all internet history for the dates above, including cookies, bookmarks, web history, search terms;

2    all financial information; all indicia of ownership and control for both the data and the cellular

3    device, such as device identification and settings data, address book/contacts, social network

4    posts/updates/tags, wi-fi network tables, associated wireless devices (such as known wi-fi

5    networks and Bluetooth devices), associated connected devices (such as for backup and syncing),

6    stored passwords, user dictionaries; to compel the use of the fingerprint and/or thumbprint of Jim

7    Hammonds during the execution of the warrant for any fingerprint sensor-enabled device that is

8    located upon his person or under his dominion and control and falls within the scope of the

9    warrant; and that all seized evidence be kept by the Florida Fish and Wildlife Conservation

10   Commission and/or transferred to the California Department of Fish and Wildlife.

11
12
13   I swear under penalty of perjury everything in this affidavit is true to the best of my knowledge
14   and belief.
15
16
17
18
19
20
21

22
23
24                                          M. Gonzalez #580, Lieutenant
25                                          California Department of Fish and Wildlife
26
27
28
29
30
31

STATEMENT OF PROBABLE CAUSE                                      PAGE 20

DISC-37937