**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:20-cr-401-WFJ-AAS | **DATE:** February 10, 2022 |
|---|---|
| **HONORABLE WILLIAM F. JUNG** | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JIMMY WAYNE HAMMONDS** | **GOVERNMENT COUNSEL:**<br>Francis D. Murray, AUSA |
| | **DEFENDANT COUNSEL:**<br>Gary S Ostrow, RETAINED |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** Caleb Houston |
| **TIME:** 8:39 AM - 8:41 AM **TOTAL:** 2 Minutes | **COURTROOM:** 15B – Tele. |

**PROCEEDINGS:** TELEPHONIC STATUS CONFERENCE

Court called to order.

Counsel for the Government identified for the record.

This matter will procced on the March 2022 Trial Term.

Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial; this time is, therefore, deemed EXCLUDABLE until trial.

Court adjourned.