**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

The following cases are set for trial during the **March Trial Term**. The Trial Term will include the four week period of March 7, 14, 21 and 28, 2022. The cases are listed in the order in which they are intended to be tried -- although experience indicates that, for various reasons, cases may be called out of sequence. The names and phone numbers of all trial counsel, as well as any pro se litigants, are furnished so that the parties may keep themselves informed of the progress of the cases listed.

Counsel, as well as any pro se party, are reminded to advise the Court promptly of any development subsequent to the entry of this Order which would in any way affect the trial of a case. Settlements of civil jury trials announced to the Court any later than 12:00 noon on the Friday preceding the first day of trial may result in the imposition of juror costs.

**Note:** Photo IDs are required for entrance into the federal courthouse. Electronic devices are prohibited beyond the courthouse's security checkpoint. However, any Assistant United States Attorney, Assistant Federal Public Defender, law enforcement officer on official business, and attorney permitted to practice law in the Middle District of Florida may bring an electronic device beyond the courthouse's security checkpoint by presenting valid agency identification, a Florida Bar identification card, or *pro hac vice* order.

Please refer to attached Local Rule 5.03.

**CRIMINAL TRIALS:**

**One week prior to the beginning of the trial term**, proposed voir dire, jury instructions and verdict forms shall be filed with the Clerk of Court and served on opposing counsel. Failure to comply with this deadline may result in the imposition of sanctions, including denial as untimely of any submissions later made. In addition, please email a courtesy copy of your jury instructions, verdict form, and a redacted copy of the Indictment, if appropriate, in Word format to Chambers at:
**chambers_flmd_jung@flmd.uscourts.gov.**

**In addition, exhibit and witness lists shall be filed electronically with the Clerk of Court by the Friday before jury selection.** All exhibits are to be pre-marked in accordance with M.D. Fla. Rule 3.07.

**Guilty pleas should be held before the undersigned on or before Wednesday, March 2, 2022.** Contact the undersigned's Courtroom Deputy Clerk to be placed on the calendar for a change of plea. Counsel for the defendants on bond are charged with the responsibility of notifying the defendants when the case is called for trial and that their presence is required. Counsel shall notify the Court if an interpreter is required.

**CIVIL TRIALS:**

The parties shall follow the procedures and deadlines set forth in the operative Case Management and Scheduling Order. Counsel are advised that the deadlines for filing exhibit lists, witness lists, jury instructions, and verdict forms in a civil action are different than those set forth above, which apply strictly to criminal actions.

EXHIBIT LABELS and LIST can be found on this Court's webpage at
https:www.flmd.uscourts.gov/judges/william-jung.



## TRIAL CALENDAR: MARCH 2022

(TRIAL TERM BEGINS: March 7, 2022)

| CASE NUMBER | CASE NAME | COUNSEL | | DAYS |
|---|---|---|---|---|
| 8:17-cv-1283-WFJ-CPT<br><br>Jury Trial<br><br>**DATE CERTAIN<br>March 7, 2022** | Dennis McLain<br><br>v.<br><br>David J. Shulkin | Joseph Magri<br><br>Michael Kenneth | (813)281-9000<br><br>(813)274-6000 | 5 |
| 8:17-cv-657-WFJ-AEP<br><br>Bench Trial<br>**DATE CERTAIN<br>March 23, 2022** | Stanley Von Keszthely<br><br>v.<br><br>United States of America | Pro Se<br><br>Erik Stegeby | (727)810-7782<br><br>(813)274-6000 | 1 |
| 8:19-cr-285-WFJ-AEP<br><br>Jury Trial<br><br>**DATE CERTAIN<br>March 14, 2022** | United States of America<br><br>v.<br><br>Sherman Michael Puckett | Craig Gestring<br><br>Grady Irvin | (813)274-6000<br><br>(813)659-2000 | 5 |
| 8:20-cr-401-WFJ-AAS<br><br>Jury Trial | United States of America<br><br>v.<br><br>Jimmy Wayne Hammonds | Francis Murray<br><br>Gary Ostrow | (813)274-6000<br><br>(954)566-4033 | TBD |
| 8:21-cr-256-WFJ-TGW<br><br>Jury Trial | United States of America<br><br>v.<br><br>Deron Lamar Foster | Lisa Thelwell<br><br>Adam Nate | (813)274-6000<br><br>(813)228-2715 | TBD |

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 15th day of February, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Rule 5.03 - Courtroom Decorum

(a) PURPOSE. This rule prescribes minimum requirements of courtroom decorum and supplements the Code of Professional Responsibility and the Rules Regulating The Florida Bar.

(b) MINIMUM REQUIREMENTS FOR LAWYERS, PARTIES, AND OTHER OBSERVERS. When in court, a person:

>(1) must stand, if able, when court is opened, recessed, and adjourned;
>(2) must stand, if able, when the jury enters and leaves the courtroom;
>(3) must refrain from any gesture, expression, comment, or noise that manifests approval or disapproval;
>(4) must not wear clothing intended or likely to influence or distract a juror;
>(5) must keep an electronic device on silent mode;
>(6) if at counsel table, must use an electronic device only for the matter under consideration; and
>(7) must not eat or drink anything except water.

(c) ADDITIONAL REQUIREMENTS FOR LAWYERS AND PRO SE PARTIES. When in court, a lawyer and a pro se party:

>(1) must stand, if able, when addressing, or being addressed by, the judge;
>(2) must hand the courtroom deputy a document offered for the judge's examination;
>(3) must stand, if able, behind the lectern when presenting the opening statement or the closing argument or when examining a witness unless approaching the witness or the courtroom deputy with an exhibit or approaching a demonstrative exhibit;
>(4) must not echo a witness's answer when examining the witness;
>(5) must state only the legal basis for an objection unless the judge requests elaboration;
>(6) must not offer or request a stipulation within the hearing of the jury;
>(7) must address only the judge when commenting, inquiring, or arguing;
>(8) must refrain from any display of animosity toward anyone in the courtroom, including a lawyer, litigant, or witness;
>(9) must refer to a person by the person's title and surname (for example, Ms. Smith or Dr. Robinson) or case designation (for example, "the plaintiff," "the defendant," or "the witness");
>(10) must call the judge "Judge [Last Name]" or "Your Honor"; and
>(11) in an opening statement and a closing argument:
>>(A) must not express personal knowledge or opinion and
>>(B) must not suggest that the jury can or should request a transcript.

(d) ADDITIONAL REQUIREMENTS FOR LAWYERS ONLY. When in court, a lawyer:

>(1) must ensure a client and witness know and observe this rule and
>(2) must limit examination or cross-examination of a witness to one lawyer for each party and ensure the lawyer who objects during direct examination of a witness is the same lawyer who cross-examines the witness.

(e) PROCEEDING BY TELEPHONE OR VIDEO. If a judge conducts a proceeding by telephone or video, a participant:

>(1) must dress in professional attire and use a professional background if either is visible,
>(2) must use a landline if available,
>(3) must designate one speaker for each party or interested person,
>(4) must not participate from a vehicle,
>(5) must use the mute setting when not speaking,
>(6) must try to avoid background noise or other interference,
>(7) must wait for the judge to address the participant before speaking and must not interrupt a speaker, and
>(8) must start each distinct presentation by saying "this is [name]" or the equivalent.