# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No.: 8:20-cr-401-WFJ-AAS

JIMMY WAYNE HAMMONDS

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

The defendant, Jimmy Wayne Hammonds, entered a plea of guilty to Counts One, Four, Five and Six of the Indictment before the undersigned on March 2, 2022.

**ACCORDINGLY, IT IS ORDERED AND ADJUDGED**:

1. Defendant, Jimmy Wayne Hammonds, has entered a plea of guilty to Counts One, Four, Five and Six of the Indictment knowingly, intelligently, and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts One, Four, Five and Six of the Indictment.

2. That sentencing be scheduled for *May 27, 2022 @ 1:30 P.M.*  **Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.**

**DONE** and **ORDERED** in Tampa, Florida 2nd day of March, 2022.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record
              U.S. Pretrial Services
              U.S. Probation Office
              U.S. Marshal Service