UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                  CASE NO. 8:20-cr-401-WFJ-AAS

JIMMY WAYNE HAMMONDS
a/k/a "THE MONKEY WHISPERER"

## NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby respectfully requests that the Clerk of Court substitute the undersigned as government counsel for Assistant United States Attorney Francis D. Murray.

                                          Respectfully submitted,

                                          ROGER B. HANDBERG
                                          United States Attorney

By:   */s/Lisa M. Thelwell*
        Lisa M. Thelwell
        Assistant United States Attorney
        Florida Bar No. 100809
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: Lisa.Thelwell@usdoj.gov

**U.S. v. JIMMY WAYNE HAMMONDS     Case No. 8:20-cr-401-WFJ-AAS**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Gary S. Ostrow, Esq.

/s/ Lisa M. Thelwell
Lisa M. Thelwell
Assistant United States Attorney
Florida Bar No. 100809
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lisa.Thelwell@usdoj.gov