UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                        CASE NO. 8:20-cr-401-WFJ-AAS

JIMMY WAYNE HAMMONDS
a/k/a/ "The Monkey Whisperer"

## MOTION TO CONTINUE SENTENCING

The United States of America requests, pursuant to Fed. R. Crim. P. 12(b), that this Court continue the sentencing in this case now set for May 27, 2022, and in support of its motion states as follows:

1. On March 2, 2022, defendant Jimmy Wayne Hammonds, a/k/a "The Monkey Whisperer" pleaded guilty to Counts One, Four, Five, and Six of the indictment, charging him with conspiracy to violate the Lacy Act and multiple violations of the Endangered Species Act. Doc. 60.

2. On that same date, the Court scheduled the sentencing hearing to be held on May 27, 2022. Doc. 63.

3. The undersigned counsel was assigned to this case and substituted in as counsel on behalf of the United States on or about May 16, 2022. See Doc. 66.

4. On that same date, defense counsel filed a motion for downward departure and/or variance, lodging an objection to the presentence

investigation report and seeking a departure based on USSG §5K2.0. Doc. 67

5. In reviewing the case file and final presentence investigation report and speaking with the case agent, the undersigned has learned of additional matters that require further investigation prior to conducting a sentencing hearing in this matter.

6. Counsel for the defendant does not object to this motion, but indicated he opposes a continuance beyond two weeks.

7. In view of the above circumstances the United States requests a continuance of the defendant's May 27, 2022, sentencing hearing.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ Lisa M. Thelwell
Lisa M. Thelwell
Assistant United States Attorney
Florida Bar No. 100809
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: lisa.thelwell@usdoj.gov

U.S. v. Hammonds				Case No. 8:20-cr-401-WFJ-AAS

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Gary S. Ostrow, Esq.

/s/ *Lisa M. Thelwell*
Lisa M. Thelwell
Assistant United States Attorney
Florida Bar No. 100809
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: lisa.thelwell@usdoj.gov