**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:20-cr-401-WFJ-AAS | **DATE:** June 8, 2022 |
|---|---|
| **HONORABLE WILLIAM F. JUNG** | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JIMMY WAYNE HAMMONDS** | **GOVERNMENT COUNSEL**<br>Lisa Marie Thelwell, AUSA |
| | **DEFENSE COUNSEL**<br>Gary S Ostrow, Retained<br>Craig Stella, Retained |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** Caleb Houston |
| **TIME:** 1:04 PM – 2:19 PM<br>**TOTAL:** 1 Hour 15 Minutes | **COURTROOM:** 15B |
| | **PROBATION:** Tyler Campbell |

**PROCEEDINGS:**   CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES

Court called to order.

Counsel identified for the record.

Defendant sworn.

Defendant is adjudged guilty on Counts One, Four, Five, and Six of the Indictment.

1:20 PM        **Defendant Witness #1:** Jimmy Wayne Hammonds (sworn)
               Direct examination by Gary Ostrow, Retained.
               Cross examination by Lisa Thelwell, AUSA.
               Witness excused.

For the reasons stated on the record Defense Objection to the PSR Paragraph 49 is **OVERRULED**.

Government addressed the Court.

Defense counsel addressed the Court.

Defendant addressed the Court.

Defendant's *Oral Motion for Downward Variance* is **GRANTED** for the reasons stated on the record.

Probation: **FIVE (5) YEARS as to Count One, ONE (1) YEAR as to each Counts Four, Five and Six, all such terms to run concurrently.**

Fine is imposed in the amount of $90,000.00. Defendant shall pay the balance in monthly payments of $1,500.

Special Assessment: $175.00 to be paid immediately.

Special conditions of probation:

1. Defendant shall participate in the Home Detention program for a period of 240 days. During this time, Defendant will remain at his/her place of residence except for employment and other activities approved in advance by the probation officer. Defendant shall be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the probation office. Further, Defendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the probation office based on Defendant's ability to pay.

Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

In accordance with the Plea Agreement, it is ordered that Counts Two, Three, and Seven of the Indictment be dismissed.

Defendant advised of right to appeal and to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 13 |
| Criminal History Category: | I |
| Imprisonment Range | 12-18 months |
| Supervised Release Range | 1-3 years (Ct.1)<br>1 year (Ct. 4-6) |
| Restitution: | N/A |
| Fine Range | $5,500.00 - $55,000.00 |
| Special Assessment | $175.00 |

Adjustments/changes to the PSR:  Court adjourned.